UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | Hon. William H. WALLS |
|---|---|---|
| v. | : | Criminal No. 06-955 |
| | : | **ORDER FOR CONTINUANCE** |
| STEVE CARDENAS, | | |
| JOHN CARDENAS, | : | |
| a/k/a "J. Woo," | | |
| a/k/a "J. Breezy" | : | |
| **DARIO A. GIRALDO**, | | |
| HECTOR GOMEZ, | : | |
| OMAR MCCRAE, | | |
| ANDRE MURCIA, | : | |
| a/k/a "Dre" | | |
| RAFAEL CARDENAS | : | |

This matter having come before the Court on the joint application of Christopher J.

Christie, United States Attorney for the District of New Jersey (by Andrew Carey, Assistant U.S.

Attorney) and defendant **DARIO A. GIRALDO** (by Paul Warburgh, Esq., appearing), for an

order granting a continuance of the proceedings in the above-captioned matter from April 11,

2008 through June 11, 2008, to allow the parties to conduct plea negotiations and attempt to

finalize a plea agreement, and the defendant being aware that he has the right to have this matter

brought to trial within 70 days of the date of his appearance before a judicial officer of this court

and that a continuance shall serve to delay a trial in this matter, and the defendant having

consented to the continuance and waived such right, for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the

following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the

defendant desire additional time to negotiate a plea agreement, which would render a trial of this

matter unnecessary;

(2) Defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice

served by granting the continuance outweigh the best interest of the public and the defendant in a

speedy trial.

WHEREFORE, IT IS on this __7__ day of __April__ 2008,

ORDERED that this action be, and it hereby is, continued from April 11, 2008 through

June 11, 2008, defense motions, if any, are to be filed by __5|7|08__, opposition to

defense motions are to be filed by __5|29|08__, motions shall be heard on

__6|2|08__ and the trial shall be scheduled for __6|10|08__ absent any other reason to

continue the proceedings; and it is further,

ORDERED that the period from April 11, 2008 through June 11, 2008 shall be

excludable in computing time under the Speedy Trial Act of 1974 (as amended October 12,

1984), pursuant to Title 18, United States Code, Section 3161.

HONORABLE WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE

I hereby consent to the form
and entry of this Order

PAUL WARBURGH, ESQ.
ATTORNEY FOR DEFENDANT

ANDREW CAREY
ASSISTANT UNITED STATES ATTORNEY